**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Adam Feliz,<br><br>              Plaintiff,<br><br>    v.<br><br>AFNI, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | Civil Action No.:  4:11-cv-40112-FDS |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 11, 2011

        Respectfully submitted,

        PLAINTIFF, Adam Feliz

        /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        B.B.O. No.: 650671
        **LEMBERG & ASSOCIATES L.L.C.**
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (877) 795-3666
        slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Sergei Lemberg

                                         Sergei Lemberg